### Vsher agt. Vsher etc.

John Vsher trustee for Hezekiah Browne plaint. ag$^t$ Hezekiah Vsher Exec$^r$ and m$^r$ Samuel Nowell who married with Mary the Relict and Executrix of the last Will of Hezekiah Vsher Senio$^r$ Defend$^{ts}$ in an action of the case for not paying unto him the s$^d$ John Vsher the Summe of four hundred pound given by Hezekiah [ 531 ] Vsher Senio$^r$ in his last Will to Hezekiah Browne his grandchilde and ordered to bee left in the hands of s$^d$ John Vsher: . . . The Jury . . . found for the plaint. Four hundred pounds according to Will but no costs of Court.

[ This case appears to have turned largely on the question whether Hezekiah Usher's legacies to Hezekiah and Elizabeth Brown should or should not have been paid in money. John Usher deposed (S. F. 2060.7) that such was his honored father's intention, as did John Hull (2060.11). The pertinent extracts from the will (S. F. 1464) and the inventory (S. F. 2060.10) follow:

Jtem: J give and bequeath unto my Grand Children Hezekiah Browne and Elizabeth Browne all their movables that were their mothers to bee equally divided between them; Also J give unto the said Hezekiah Browne the Summe of Four hundred pounds as his portion which Summe J hereby order and appoint to lye and remain in my Son John Ushers hands untill the s$^d$ Hezekiah come of age, hee allowing the s$^d$ Hezekiah five pounds per Cent per annum as interest for the same during all the s$^d$ term. . . .

An Jnventory or an or an acco$^{tt}$ of the Estate of m$^r$ Hezekiah Usher late of Boston dece$^d$

|  | s | d |
|---|---|---|
| English goods Jron & other Merchandize . . . . . . . . . . . | £4417:12:01 | |
| Salt. 25. ton per Estimation at .15$^s$ per hh$^d$ . . . . . . . . . | £ 75:00:00 | |
| Whalebone . . . . . at . . . . . . . . . . . . . . . . | £ 58:18:06 | |

|  |  | s d |
|---|---|---|
| Deer Skins . . . . .at . . . . . . . . . . . . . . . . . | £ | 4:16:10 |
| Furs & other Skins . at . . . . . . . . . . . . . . . . . | £ | 82:11:09 |
| Provisions . . . . . .at . . . . . . . . . . . . . . . . . | £ | 216:07:03 |
| Wine & Brandy . . .at . . . . . . . . . . . . . . . . . | £ | 33:07:00 |
| Money & gold . . . .at . . . . . . . . . . . . . . . . . | £ | 350:12:01 |
| Household goods movables plate & wearing Appar[ll] . . . . . . | | 457:10:04 |

The dwelling house garden & Land to it and inward Warehouse w[th] Leantos &[ca] at the dock and his right of time in the Cellar under the Town house . . . . . . . . . . . . . . . . . . . . . . 700:00:00

The dwelling house that John Usher lives in & the Land to it and outward Warehouse by the Town dock . . . . . . . . . . . 570:00:00

| Ship Society .¼. part . . . . . . . . . . . . . . . . . . . | £ | 150:00:00 |
|---|---|---|
| Ship Marah & Sarah ½ part 270 . . . . . . . . . . . . . . | £ | 270:00:00 |
| Sloop Swan. ⅔ . . . . . . . . . . . . . . . . . . . . . . | £ | 110:00:00 |
| Debts in this Land thought feazable . . . . . . . . . . . . | £ | 7421:00:00 |
| Debts in Forreign parts thought feazable . . . . . . . . . | £ | 135:13:10 |
| Debts in this Country that are desperate . . . . . . . . . | £ | 305:09:06 |
| | | £15358:19:02 |
| Funerall Expences . . . . . . . . . . . . . . . . . . . . | £ | 231:18:08 |
| Debts oweing by y[e] s[d] m[r] Usher . . . . . . . . . . . . . . | | £1325:17:06 |

There are severall Acco[tts] that are not yet made up and some trivialls that are not brought in and some of the above s[d] Summes may prove either more or less, otherwise this is a true Jnventory so far as J know

m[r] Hezekiah Usher and m[rs] mary Usher made Oath in Court: 3[d] aug[o] 1677. that this is a just & true Jnventory of the Estate of the late m[r] Hezekiah Usher dece[d] to the best of their knowledge, and that when they know more they will discover the same. as attests Js[a] Addington Cl[re]

The case dragged along for a good many years. See Records of Court of Assistants, i. 137–39, 203; and record of case in the lower court in 1681/82, and appeals therefrom, in S. F. 2060.6, 8, 9.]